

Jared S. Zafran, Esquire*
Managing Partner
Direct Dial: 215-720-5009
jared@zafranlaw.com

Raymond E. Kenny, Esquire*
raymondk@zafranlaw.com

Jonathan A. Fendler, Esquire*
jonf@zafranlaw.com

Jonathan Grau, Esquire
jonathang@zafranlaw.com

Randy M. Kenny, Esquire
randyk@zafranlaw.com

Evan J. Benedon, Esquire*
evanb@zafranlaw.com

THE LAW OFFICE OF
JARED S. ZAFRAN
LLC

Suite 500
1500 Walnut Street
Philadelphia, Pennsylvania 19102
Tel: 215-587-0038 Fax: 215-587-0030
Web: www.jaredzafranlaw.com

Christopher B. DiMuzio, Esquire
cdimuzio@zafranlaw.com

Jeffrey M. Christian, Esquire
jchristian@zafranlaw.com

Ronald L. Marrero, Esquire
rmarrero@zafranlaw.com

AJ Thomson, Esquire*
ajthomson@zafranlaw.com

Stuart A. Carpey, Esquire ∆
Fred R. Cohen, Esquire ∆
Salvatore J. Cucinotta, Esquire ∆·

Ronald A. Blumfield, Esquire·
William C. Kaufmann, Esquire·
Daniel J. Anastasia, Esquire·

* Members of PA & NJ Bar
† LLM in Trial Advocacy
∆ Of Counsel
· Retired

March 2, 2022

Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
James F. Byrne
Room 17614
601 Market Street
Philadelphia, PA 19106-1797

        RE:    Brianna Donahue v. City of Philadelphia, *et al*
                  U.S.D.C. No. 21-cv-03433

Dear Honorable Judge Goldberg:

      I write to inform Your Honor that this matter has settled. I thank you for your attention to this case.

      Please have your staff contact me if you need anything further.

                                      Sincerely,

                                      A.J. Thomson
                                      Counsel for Plaintiff

CC:    Tara Fung, Esquire via ECF

          Bill Banton, Esquire via ECF

New Jersey Office
314 Cherry Street, Voorhees, New Jersey 08043